B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–26753**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Pomerantz | Mary Pomerantz |
| 425 Birch | 425 Birch |
| Winnetka, IL 60093 | Winnetka, IL 60093 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–2767                                                              xxx–xx–6680

Employer Tax ID / Other nos.:

### DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>October 30, 2012</u>                           <u>Kenneth S. Gardner, Clerk</u>
                                                                                 United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 12-26753-JBS
James Pomerantz                                                                 Chapter 7
Mary Pomerantz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: admin              Page 1 of 3              Date Rcvd: Oct 30, 2012
                               Form ID: b18             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2012.
db/jdb         #+James Pomerantz,    Mary Pomerantz,    425 Birch,    Winnetka, IL 60093-2407
19113717         ACS,    PO Box 371834,    Pittsburgh, PA 15250-7834
19113713         ACS Affiliated Comp Serve,    2277 East 120th St.,    Long Beach, CA 90810
19113703        +Bratschi Plumbing,    801 Oak St.,    Winnetka, IL 60093-2599
19113704        +Illinois Bone & Joint Institute,    5057 Paysphere Circle,    Chicago, IL 60674-0050
19113706        +Kenilworth Medical Associates, SC,    534 Green Bay Road,    Kenilworth, IL 60043-1801
19113700         Mileage Plus - United,    PO Box 15153,    Wilmington, DE 19886-5153
19113719         National Ed Servicing,    PO Box 8129,    Chicago, IL 60680-8129
19113716         National Payment Center,    Po Box 105028,    Atlanta, GA 30348-5028
19113705        +North Shore Physicians Group,    1625 Sheridan Rd.,    Wilmette,IL 60091-1800
19113708         NorthShore University Health System,    23056 Network Place,    Chicago, IL 60673-1230
19113709        +NorthShore University Health System,    9532 Eagle Way,    Chicago, IL 60678-1095
19113710         NorthShore University Health System,    24793 Network Place,    Chicago, IL 60673-1230
19113718         SLMA Servicing Corp.,    PO Box 9500,    Wilkes-Barre, PA 18773-9500
19113711        +Student Assistance Corp.,    PO Box 9570,    Wilkes-Barre, PA 18773-9570
19113715         U.S. Dept of Education,    PO Box 5609,    Greenville, TX 75403-5609
19113714         U.S. Dept. of Education,    PO Box 105193,    Atlanta, GA 30348-5193
19113720         U.S.Dept.of Education,    PO Box 530260,    Atlanta, GA 30353-0260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19113692        +EDI: ARSN.COM Oct 31 2012 00:43:00      ARS,    Dept. #5996,    PO Box 1259,    Oaks, CA 19456-1259
19113691         EDI: AMEREXPR.COM Oct 31 2012 00:43:00      American Express,    Box 0001,
                  Los Angeles, CA 90096-8000
19113696        +EDI: AMEREXPR.COM Oct 31 2012 00:43:00      American Express,    200 Vesey Street, 44th Floor,
                  New York, NY 10285-0002
19113694         EDI: TSYS2.COM Oct 31 2012 00:43:00      Bloomingdale's,    PO Box 183083,
                  Columbus, OH 43218-3083
19113690         EDI: CAPITALONE.COM Oct 31 2012 00:43:00      Capital One Bank,    PO Box 6492,
                  Carol Stream, IL 60197-6492
19113688         EDI: CHASE.COM Oct 31 2012 00:43:00      Chase Cardmember Service,    PO Box 15153,
                  Wilmington, DE 19886-5153
19113702         EDI: RCSDELL.COM Oct 31 2012 00:43:00      Dell Preferred Account,    PO Box 6403,
                  Carol Stream, IL 60197-6403
19113689         EDI: DISCOVER.COM Oct 31 2012 00:43:00      Discover Financial Services,    PO Box 6103,
                  Carol Stream, IL 60197-6103
19113712         EDI: ECMC.COM Oct 31 2012 00:43:00      ECMC,    PO Box 64909,    St. Paul, MN 55164-0909
19113701         EDI: RMSC.COM Oct 31 2012 00:43:00      GAP/GEMB,    PO Box 530942,    Atlanta, GA 30353-0942
19113693         EDI: CBSKOHLS.COM Oct 31 2012 00:43:00      Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
19113698         EDI: AFNIMCI.COM Oct 31 2012 00:43:00      MCI,    PO Box 650355,    Dallas, TX 75265-0355
19113695         EDI: TSYS2.COM Oct 31 2012 00:43:00      Macy's,    PO Box 689195,    Des Moines, IA 50368-9195
19113697         E-mail/Text: bankruptcydepartment@ncogroup.com Oct 31 2012 03:59:42      NCO Financial Systems,
                  PO Box 15773,    Wilmington, DE 19850-5773
19113699         E-mail/Text: bankruptcy@sw-credit.com Oct 31 2012 03:22:11      Southwest Credit,
                  4120 International Pkwy., Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19113707*       +Kenilworth Medical Associates, SC,    534 Green Bay Road,    Kenilworth, IL 60043-1801
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1           User: admin              Page 2 of 3           Date Rcvd: Oct 30, 2012
                               Form ID: b18             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: admin              Page 3 of 3              Date Rcvd: Oct 30, 2012
                               Form ID: b18             Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2012 at the address(es) listed below:
              Bernard   Wiczer    on behalf of Debtor James Pomerantz bwiczer@fflegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    rsalsterda@uhlaw.com,   ralsterda@ecf.epiqsystems.com
                                                                                             TOTAL: 3